BONAKDAR LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LEROY DONOVAN COMBS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LEROY DONOVAN COMBS,<br><br>                  Defendant. | CASE NO. 1:16-CR-00131-DAD-BAM<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET STATUS CONFERENCE BEFORE THE MAGISTRATE JUDGE<br><br>Trial: January 30, 2018<br>Time: 8:30 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

WHEREAS Trial has been scheduled in this matter for January 30, 2018;

WHEREAS the subject charges arise from post-trial/conviction orders in United States of America v. Leroy Donovan Combs, Case No. 13-cr-00362-AWI-BAM-3 (the "Underlying Matter");

WHEREAS the judgment from the Underlying Matter was pending appeal before the 9th Circuit, at all times relevant to this action;

WHEREAS the pendency of the Appeal of the Underlying Matter, was a significant issue to the Defense, as it presented (at a minimum) a significant factor in mitigation and thus proceeding without the ruling on the Appeal was important to Defendants' Due Process Rights;

WHEREAS in the interests of judicial economy and conservation of party resources were also served by waiting for the 9th Circuit to rule on the appeal of the Underlying Matter;

WHEREAS Roger S. Bonakdar, counsel for Defendant Leroy Donovan Combs (herein

1

1 "Mr. Combs") requests a continuance of the Trial for the purposes of preparing for trial and
2 meeting with the Government to determine whether a settlement can be reached, in light of the
3 ruling on the Underlying Matter. Mr. Bonakdar requests additional time to meet with Mr.
4 Combs and discuss the recently issued decision, discuss any offers by the Government to
5 resolve this matter, and prepare for trial, if necessary.

WHEREAS counsel for COMBS represents that the foregoing is necessary to provide effective assistance of counsel, as mandated by the 6th Amendment, and to ensure Due Process is afforded to COMBS.

WHEREAS the Government does not oppose this continuance, and the parties respectfully request that the January 30, 2018, Trial be vacated and converted to a Status Conference before the Magistrate Judge for the purposes of resetting the trial dates.

THEREFORE, IT IS STIPULATED by and between the parties that the January 30, 2018, Trial date be Vacated and converted to Status Conference before the Magistrate Judge for the purposes of resetting trial dates.

IT IS SO STIPULATED:

Dated: December 20, 2017                BENJAMIN B. WAGNER
                                         United States Attorney


                                    By:  /s/Grant Rabenn
                                         GRANT RABENN
                                         Assistant United States Attorney


Dated: December 20, 2017                BONAKDAR LAW FIRM

                                    By:  /s/ Roger S. Bonakdar
                                         ROGER S. BONAKDAR
                                         Attorney for Defendant
                                         LEROY DONOVAN COMBS

# ORDER

The court has reviewed and considered the stipulation of the parties in this case. Good cause appearing, the January 16, 2018 trial confirmation and January 30, 2018 trial dates are vacated and **a status conference is set for January 22, 2018, at 01:00 PM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe for the purposes of resetting trial dates.** Time has already been excluded through January 30, 2018 and that order and the findings upon which it was based remains in effect.

IT IS SO ORDERED.

Dated: __December 21, 2017__

_____
UNITED STATES DISTRICT JUDGE