**BONAKDAR**
LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LEROY DONOVAN COMBS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LEROY DONOVAN COMBS,<br><br>                    Defendant. | CASE NO. 1:16-CR-00131-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentence Date: August 6, 2018<br>Time: 8:30 a.m.<br>Courtroom 4<br>Hon. Dale A. Drozd |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for August 6, 2018.

      WHEREAS Roger S. Bonakdar, counsel for Defendant Leroy Donovan Combs (herein "Mr. Combs") is scheduled to be away from the office from June 22, 2018, through July 9 2018.

      WHEREAS per the Probation's Presentence Referral Schedule, the PSR Report will be available and informal objections to same will be due during the time period that counsel for Mr. Combs is scheduled to be out of the office.

      WHEREAS counsel for Mr. Combs requests additional time to meet with Mr. Combs to review and discuss the Presentence Investigation Report, and to prepare informal objections as to the same. Counsel for Mr. Combs believes that this information is important to Probation in

its preparation of a revised PSR.

WHEREAS the purpose of Mr. Bonakdar's request is to avoid the weeks that he will be out of the office so that he may be able to review the PSR Report, confer with Mr. Combs, and prepare informal objections to the same.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the August 6, 2018, sentencing hearing be continued to September 17, 2018.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: June 13, 2018          PHILLIP A. TALBERT
                              United States Attorney


                        By:   /s/Henry Z. Carbajal
                              HENRY Z. CARBAJAL
                              Assistant United States Attorney

Dated: June 13, 2018          UNITED STATES PROBATION


                              /s/ Natali Flores
                              NATALI FLORES
                              United States Probation Officer

| | |
|---|---|
| Dated: June 13, 2018 | BONAKDAR LAW FIRM |
| | By: /s/ Roger S. Bonakdar |
| | ROGER S. BONAKDAR |
| | Attorney for Defendant |
| | LEROY DONOVAN COMBS |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to Mr. Combs currently scheduled for August 6, 2017, is continued until September 17, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: **June 14, 2018**

_____
UNITED STATES DISTRICT JUDGE