**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LEROY DONOVAN COMBS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00131 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | Sentence Date: September 17, 2018 |
| LEROY DONOVAN COMBS, | Time: 8:30 a.m. |
| Defendant. | Courtroom 4 |
| | Hon. Dale A. Drozd |

WHEREAS the Sentencing Hearing has been scheduled in this matter for August 6, 2018.

WHEREAS Roger S. Bonakdar, counsel for Defendant Leroy Donovan Combs (herein "Mr. Combs") is scheduled to be in civil trial in Fresno County Superior Court beginning September 17, 2018, and is unavailable for the Sentencing hearing scheduled for September 17, 2018.

WHEREAS Probation's Presentence Referral Schedule, the PSR Report, informal objections, and formal objections and Sentencing Memorandum for Defendant and the Government have already been filed and exchanged. Therefore, the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall not be extended.

1

WHEREAS counsel for Mr. Combs requests a short continuance to October 1, 2018.

WHEREAS the purpose of Mr. Bonakdar's request is to avoid the weeks that he will be in trial.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the September 17, 2018, sentencing hearing be continued to October 1, 2018.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: September \_\_\_\_, 2018  PHILLIP A. TALBERT
United States Attorney

By: /s/Henry Z. Carbajal
HENRY Z. CARBAJAL
Assistant United States Attorney

Dated: September \_\_\_\_, 2018  UNITED STATES PROBATION

By: /s/ Natali Flores
NATALI FLORES
United States Probation Officer

///

Dated: September 11, 2018         BONAKDAR LAW FIRM

By:  /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
LEROY DONOVAN COMBS

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 17, 2018, is continued until October 1, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall not be extended.

IT IS SO ORDERED.

Dated:  **September 13, 2018**           _____
UNITED STATES DISTRICT JUDGE